AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>MORROW BATTIE<br>*Defendant* | )<br>)  Case No. 25-MJ-53<br>)<br>)<br>)<br>) |

USMS-MLA JUN18'25AM8:31

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MORROW BATTIE                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Escape, in violation of 18 U.S.C. § 751(a).

Date: June 17, 2025

*Issuing officer's signature*

City and state:   Baton Rouge, Louisiana                Richard L. Bourgeois, Jr., U.S. Magistrate Judge
                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)*  6/18/2025 , and the person was arrested on *(date)*  6/5/2025
at *(city and state)*  Baton Rouge, LA                .

Date:  6/18/2025                                            Admin Close subject in USMS custody.
                                                                                  *Arresting officer's signature*

                                                                                      Admin Closed
                                                                                  *Printed name and title*